

GOVERNMENT
EXHIBIT
5

2026-04-01T10:06:02Z 0012748 F3168857